# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gibbons, Andrew

Plaintiff(s),

vs.

MN-DHS- Hennepin County
Municipal Liability &
MN-DHS- Policy Unconstitutional-
In Practice
official Capacity

Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

Case No. __23-cv-3848 (JRT/DTS)__
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
    YES X  NO __

**RECEIVED**

DEC 19 2023

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

    | | |
    |---|---|
    | Name | Andrew Gibbons |
    | Street Address | 1501 Hawthorne Ave  Apt 101 |
    | County, City | Hennepin, Minneapolis |
    | State & Zip Code | Minnesota, 55403 |
    | Telephone Number | 612-685-4342 |

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name

State of Minnesota, Hennepin County, Department of Human Services – Municipal Liability

Street Address

300 S 6th St.

County, City

Hennepin, Minneapolis

State & Zip Code

Minnesota, 55487

b. Defendant No. 2

Name

Minnesota Department of Human Services, In Practice Unconstitutional challenge – Official Capacity

Street Address

300 S 6th St.

County, City

Hennepin, Minneapolis

State & Zip Code

Minnesota, 55487

c. Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   
   H.R. 133 for College Students with $0 Expected Family Contribution

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                        State of Citizenship:

   Defendant No. 1:                       State of Citizenship:

   Defendant No. 2:                       State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☑ Defendant(s) reside in Minnesota    ☑ Facts alleged below primarily occurred in Minnesota

   G Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. _See Attached "Statement of Claim for Plaintiff."_

3

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Nominal Damages, and Compensatory Damages
for violating H.R. 133, and
Emotional Distress

$2,000 retroactive, + prospective relief

Date: 12-18-2023

Signature of Plaintiff _Cindy Gibbons_

Mailing Address _1501 Hawthorne Ave_

_Apt 101_

_Minneapolis, MN 55403_

Telephone Number _612-685-4342_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5